**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

| | | |
|---|---|---|
| Case Number: <u>2:04CR170</u> | Recorder: <u>CS 03/15/04</u> | Date: <u>03/15/2004</u> |

**Present: The Honorable <u>Carolyn Turchin</u>, U.S. Magistrate Judge**

**Court Clerk: <u>Maria Cortez & Linda Jackson Williams</u>**   **Assistant U.S. Attorney: <u>Jeffrey Bakhus & Mark Childs - AUSA</u>**

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| (1) ANDREW WALL<br>   Summons - Not Present | (1) Edward Robinson<br>   RETAINED - not present | | |
| (2) JOHN WALL<br>   Summons - Not Present | (2) Edward Robinson<br>   RETAINED - not present | | |
| (3) SAN PEDRO BOAT WORKS, A CALIFORNIA CORP.<br>   Summons - Not Present | (3) Edward Robinson<br>   RETAINED - not present | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

**Other: PIA CONTINUED TO MARCH 22, 2004 @8:30 AM**

**Initials of Deputy Clerk: <u>mc</u>**

cc: PSA, Statistics Clerk



ENTERED CT ICMS
MAR 16 2004

