UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES

SEND √

Case No: __CR04-170-WMB__         Date and Filed: __April 20, 2004__

==================================================================

PRESENT: HONORABLE WM. MATTHEW BYRNE, DISTRICT JUDGE

| Carolyn Trump | Kathy Stride | William Carter |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

U.S.A. vs (Dfts listed below)         Attorneys for Defendants

1) __Andrew Wall__                                 1) __Edward Robinson__
__Waiver__ pres ____ custody __x__ bond    __x__ pres ____ apptd __x__ retnd

2) __John Wall__                                   2) __Robert Ernenwein__
__Waiver__ pres ____ custody __x__ bond    __x__ pres ____ apptd __x__ retnd

3) __San Pedro Boat Works__                        3) __Carmen Trutanich__
__Waiver__ pres ____ custody __x__ bond    Not pres ____ apptd __X__ retnd
                                           Represented by By:
                                                Edward Robinson,


**PROCEEDINGS**: Trial Setting and/or Disposition

Held hearing on Trial Setting and/or Disposition. Defendants have a waiver on file. Proposed plea agreements will be offered. Most discovery has been produced. Continued the Trial Setting and/or Disposition to April 28, 2004, 1:30 p.m.

cc: USPO
    PSA



ENTER ON ICMS

APR 2 1 2004

CR-11 (9/98)                                    Initials of Deputy Clerk __CT__
CRIM - GEN