```
 1  DEBRA W. YANG
    United States Attorney
 2  STEVEN D. CLYMER
    Special Assistant United States Attorney
 3  Chief, Criminal Division
    WILLIAM W. CARTER (SBN 115487)
 4  Assistant United States Attorney
    Chief, Environmental Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-3547
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
_X_ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUN 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUN 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 04-170-WMB |
|---|---|
| Plaintiff, | ) **D I S M I S S A L** AND |
| | ) **O R D E R** |
| v. | ) |
| SAN PEDRO BOAT WORKS, | ) |
| Defendant. | ) |

A Criminal Indictment having been filed at Los Angeles, California, against defendant San Pedro Boat Works on February 18, 2004, and the United States Attorney having moved for a dismissal of Counts One through Three of the Indictment, charging violations of 33 U.S.C. § 1319(c)(2)(A) and 42 U.S.C. § 6928(d)(2)(A) against defendant San Pedro Boat Works, pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that said Counts One through Three of

//

cc: USPO
    PSA
    USM
    FISCAL



ENTER ON ICMS
JUN = 8 2004

35

of the Indictment be dismissed against defendant San Pedro Boat Works without prejudice.

Dated: June 6, 2004

HON. WM. MATTHEW BYRNE
United States District Judge

Presented by:

6/4/04

WILLIAM W. CARTER
Assistant United States Attorney
Chief, Environmental Crimes Section

**Indictment Filed: 2/18/04**

CERTIFICATE OF SERVICE

I, Rhonda J. Cave-Leon                      , declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on June 4, 2004, I deposited in the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: D I S M I S S A L AND O R D E R

addressed to

Edward M. Robinson
Attorney at Law
Del Amo Financial Center
21515 Hawthorne Blvd., Ste. 665
Torrance, CA 90503

Carmen A. Trutanich
Attorney at Law
Port of Los Angeles Office
407 N. Harbor Blvd.
San Pedro, CA 90731

This Certificate is executed on June 4, 2004 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

RHONDA J. CAVE-LEON